## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA – CENTRAL DIVISION

| | |
|---|---|
| ERIK BRIDGES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-366 |
| TK TRUCKING and TIMOTHY KUNDA, | ) ) ) ) |
| Defendant. | ) |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, ERIK BRIDGES, complains of the Defendants, TK TRUCKING and TIMOTHY KUNDA, as follows:

### Jurisdictional Facts

1. Plaintiff, Erik Bridges, is a citizen of the State of Illinois.

2. The Defendant, TK TRUCKING, is a sole proprietorship located in the State of Minnesota.

3. The Defendant, TIMOTHY KUNDA, is a citizen of the State of Minnesota.

4. Subject matter jurisdiction is conferred by 28 U.S.C. § 1332(a)(1), because the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and there is complete diversity between the parties.

5. Venue in this Court is conferred by 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the claim occurred in Marshall County, Iowa, which is in the United States District Court of the Southern District of Iowa, Central District.

6. Pursuant to Iowa Code Section 321.498, by accepting the privileges extended by the laws of the State of Iowa to nonresident operators or owners of operating a motor vehicle, or having the same operated, within the State of Iowa, Defendants TIMOTHY KUNDA and TK TRUCKING are deemed to have agreed to be subject to the jurisdiction of the courts

of the State of Iowa over all civil actions and proceedings against them for damages to person or property growing or arising out of such use and operation.

7. Personal jurisdiction over the Defendants is also conferred by proper service of process, because the acts giving rise to the occurrence took place in Marshall County, Iowa.

## FACTUAL ALLEGATIONS

8. On February 4, 2021, the Defendant, TK TRUCKING, was a sole proprietorship that operated a trucking business, which was registered as an "interstate" motor carrier, USDOT # 2289477.

9. On February 4, 2021, the Defendant, TIMOTHY KUNDA, was an agent, servant, and employee of Defendant, TK TRUCKING.

10. On February 4, 2021, at or about 3:18 p.m., the Defendant, TIMOTHY KUNDA, individually and on behalf of TK TRUCKING, was operating a tractor-trailer in Marshall County, Iowa on Highway 330 going northbound at or near mile marker 16.

11. On February 4, 2021, at or about 3:18 p.m., the Plaintiff, ERIK BRIDGES, was driving a tractor-trailer in Marshall County, Iowa on Highway 330 going northbound at or near mile marker 16.

12. At the said date and time, Plaintiff, ERIK BRIDGES, was operating his tractor-trailer positioned in front of Defendants' tractor trailer being driven by Defendant, TIMOTHY KUNDA.

13. At the said date and time, Defendant, TIMOTHY KUNDA, lost control of his tractor-trailer and collided with the rear of the tractor-trailer being operated by the Plaintiff, ERIK BRIDGES.

14. At all relevant times, the Defendants, TIMOTHY KUNDA and TK TRUCKING, and each of them, had a duty to use reasonable care in the operation of the vehicle that Defendant, TIMOTHY KUNDA, was driving.

15. Notwithstanding the aforesaid duty, the Defendants, TK TRUCKING, through its agent, servant, and/or employee TIMOTHY KUNDA, and TIMOTHY KUNDA, individually, and each of them, was negligent in one or more of the following ways:

    a.    Failed to maintain proper control;

    b.    Failed to brake when it was necessary to avoid a collision;

    c.    Failed to maintain a proper lookout;

    d.    Failed to drive defensively;

    e.    Failed to operate a motor vehicle at a reasonable and proper speed appropriate for known road surface conditions;

    f.    Failed to exercise extreme caution when hazardous conditions of snow and ice adversely affect visibility and traction in violation of Federal Motor Carrier Safety Regulation 392.14;

    g.    Other unspecified acts of negligence.

16. As a direct result of the collision caused by the Defendants, the Plaintiff, ERIK BRIDGES, suffered injuries to his neck, back, vision, as well as other unspecified injuries.

17. As a direct result of his injuries, the Plaintiff, ERIK BRIDGES, has been caused in the past and will be caused in the future to suffer mental and physical pain, suffering and anguish, loss of enjoyment of life, scarring, disfigurement, loss of function, loss of wages and loss of earning capacity, and to incur expenses for doctors, nurses, hospitalization, physical therapy,

attendants, care givers, drugs, medicine, and other care and treatment related to said injuries and their consequences.

18. The above-described collision, as well as the resulting injuries and damages sustained by the Plaintiff, ERIK BRIDGES, was caused by the negligence of the Defendants.

19. The above-mentioned collision, as well as the harms sustained by the Plaintiff, ERIK BRIDGES, was within the scope of the liability of the Defendants, TIMOTHY KUNDA and TK TRUCKING and said injuries and damages arose from the same general types of danger that Defendants should have taken reasonable steps to avoid.

20. Defendant TK TRUCKING is vicariously liable for the negligence of its employee/agent, TIMOTHY KUNDA.

WHEREFORE, the Plaintiff, ERIK BRIDGES, prays for judgment against the Defendants, TK TRUCKING and TIMOTHY KUNDA, and each of them, in an amount which will fully and completely compensate the Plaintiff for all damages sustained, together with interest thereon as provided by law, and for the costs of this action.

## JURY TRIAL DEMAND

Pursuant to F.R.C.P. 38(a), Plaintiff demands trial by jury on all issues of fact herein.

Dated:

Respectfully submitted,

_____
BRIAN P. GALLIGAN  AT0002632
GALLIGAN LAW  P.C.
The Plaza - Suite 5
300 Walnut Street
Des Moines, Iowa, 50309-2239

Telephone: (515) 282-3333
Facsimile: (515) 282-0318
Email: bgalligan@galliganlaw.com

Brion W. Doherty (*pending pro hac vice admission*)
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn St., Ste. 1500
Chicago, IL 60603
(312) 726-2699
Illinois ARDC # 6292713
bdoherty@mnlawoffice.com

ATTORNEYS FOR PLAINTIFF